IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

REGINALD THOMAS BUNN, JR.,

          Petitioner,          No. CIV S-11-1373 MCE DAD P

     vs.

RAUL LOPEZ,

          Respondent.         <u>ORDER</u>

_____/

        Petitioner has requested the appointment of counsel.  As the court previously advised petitioner, there currently exists no absolute right to appointment of counsel in habeas proceedings.  <u>See</u> <u>Nevius v. Sumner</u>, 105 F.3d 453, 460 (9th Cir. 1996).  However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require."  <u>See</u> Rule 8(c), Fed. R. Governing § 2254 Cases.  In the present case, the court does not find that the interests of justice would be served by the appointment of counsel at the present time.   Accordingly, IT IS HEREBY ORDERED that petitioner's motion for appointment of counsel (Doc. No. 21) is denied.

DATED: May 24, 2012.

DAD:9
bunn1373.110(2)

_Dale A. Drozd_
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE