1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  DAVID M. PORTER, Bar #127024
   Assistant Federal Defender
3  801 "I" Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorneys for Petitioner
   REGINALD THOMAS BUNN

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

11 REGINALD THOMAS BUNN,           )
                                   )   No. Civ. S 11-01373 MCE DAD
12              Petitioner,        )
                                   )   **REQUEST FOR SUBSTITUTION OF COUNSEL;**
13         v.                      )   **PROPOSED ORDER**
                                   )
14 RAUL LOPEZ, Warden,             )
                                   )
15              Respondent.        )
                                   )
16 _____)

17      Petitioner, REGINALD THOMAS BUNN, hereby moves this Court for an order
18 substituting Benjamin Ramos, Attorney at Law, 7405 Greenback Lane, No. 287,
19 Citrus Heights, CA 95610, telephone (916) 599-5764; as counsel for the
20 Petitioner in the above-entitled case. The Federal Defender's Office has
21 determined that it is currently unable to continue its representation of
22 Petitioner.  Mr. Ramos has agreed to represent the Petitioner.
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

Mr. Ramos is aware of any deadlines in this case. The undersigned is authorized to sign this substitution motion on his behalf.

Dated:  September 13, 2012

                                      Respectfully submitted,

                                      DANIEL J. BRODERICK
                                      Federal Defender

                                      */s/ David M. Porter*
                                      DAVID M. PORTER
                                      Assistant Federal Defender

                                      Attorneys for Petitioner
                                      REGINALD THOMAS BUNN


Dated:  September 13, 2012        */s/ Benjamin Ramos*
                                      BENJAMIN RAMOS

## **O R D E R**

Pursuant to this Motion for Substitution of Counsel and for the reasons stated therein, IT IS HEREBY ORDERED that Benjamin Ramos, Attorney at Law, shall be substituted in as appointed counsel for Petitioner in place of the Office of the Federal Defender for the Eastern District of California.

DATED: September 21, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:8
bunn1373.sub

2