IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

REGINALD THOMAS BUNN, JR.,

    Petitioner,                 No. 2:11-cv-1373 MCE DAD P

    vs.

RAUL LOPEZ,

    Respondent.               <u>ORDER</u>

_____/

        A status conference was held in this matter at 10:00 a.m. on October 12, 2012, in the courtroom of the undersigned. Benjamin Ramos appeared for petitioner. Carlos Martinez appeared for respondent. After discussion with counsel, and good cause appearing therefor, THE COURT MADE THE FOLLOWING ORDERS and announced them to the parties in open court:

        1. A further status conference will be held on November 16, 2012 at 10:00 a.m. in courtroom #27. Any party may appear telephonically.

/////

/////

/////

/////

/////

1

2. The parties may file a joint status report by November 13, 2012, if they reach agreement as to how this matter should proceed. If they do not reach agreement, both parties shall file a status report by November 13, 2012.

DATED: October 15, 2012.

*[signature]*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:8
bunn1373.oah

2