IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

REGINALD THOMAS BUNN, JR.,

    Petitioner,               No. 2:11-cv-1373 MCE DAD P

    vs.

RAUL LOPEZ,

    Respondent.             <u>ORDER</u>

_____/

        Petitioner is a state prisoner proceeding through counsel with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. By order dated October 16, 2012, a status conference was scheduled for November 16, 2012, and the parties were advised to file a joint status report by November 13, 2012 if they had reached agreement as to how this matter should proceed and be scheduled. The parties filed their joint status report on October 30, 2012. Therein, the parties suggest a schedule for the filing of supplemental briefs on the merits of petitioner's claims contained in the instant habeas petition. The parties also request that the November 16, 2012 status conference be taken off calendar in light of their agreed upon schedule.

/////

/////

1

Accordingly, good cause appearing, IT IS ORDERED that:

1. The status conference currently scheduled for November 16, 2012 is vacated;

2. Petitioner shall file a supplemental brief addressing the merits of his habeas claims by January 18, 2013;

3. Respondent shall file a supplemental brief by February 19, 2013; and

4. This matter will thereafter stand submitted for decision.

DATED: November 13, 2012.

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:8
bunn1373.vac